Law Offices of Jack B. Krona Jr.
Jack B. Krona Jr. (WSBA No. 42484)
Email:  j_krona@yahoo.com
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
Telephone:  (253) 341-9331

Attorney for Loren Cohen, individually,
and his marital community.

Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASARCO, LLC, a foreign limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> LOREN M. COHEN, individually, and on behalf of his marital community, <br><br> Defendant | **No. 3:24-cv-06060-JCC** <br><br> **STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DEADLINE TO COMPLETE RULE 39.1 MEDIATION** <br><br> **NOTE ON MOTION CALENDAR: FEBRUARY 4, 2026** |

## I.    STIPULATED MOTION

Defendant Loren Cohen, individually and on behalf of his marital community, and Plaintiff ASARCO, LLC, (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and jointly move the Court for an order extending the deadline to complete mediation pursuant to Local Rule 39.1.

In support of this stipulated motion, the Parties state as follows:

1. The Court's scheduling order requires the Parties to complete mediation pursuant to Local Rule 39.1 by February 2, 2026.

2. The Parties have conferred in good faith and agreed to a mediator. Due to scheduling and

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND
DEADLINE TO COMPLETE RULE 39.1 MEDIATION - 1
3:24-cv-06060-JCC

Law Offices of Jack B. Krona Jr.
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
(253) 341-9331
j_krona@yahoo.com

availability issues, the Parties have been unable to complete mediation by the February 2, 2026, deadline. The Parties' mediation is scheduled for February 18, 2026.

3. The requested extension will facilitate a meaningful mediation process and may promote resolution of this matter without further litigation.

4. This stipulated request is made in good faith and not for purposes of delay.

5. No other deadlines in the Court's scheduling order are affected by this request unless otherwise ordered by the Court.

Accordingly, the Parties respectfully request that the Court extend the deadline to complete Rule 39.1 mediation to February 20, 2026.

SO STIPULATED this February 4, 2026.

BYRNES KELLER CROMWELL, LLP          LAW OFFICES OF JACK B. KRONA, JR.


*/s/  Joshua B. Selig*
Joshua B. Selig, WSBA No. 39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Tel: (206) 622-2000
Email: jselig@byrneskeller.com

*Attorney for Plaintiff Asarco LLC.*

*/s/ Jack B. Krona Jr.*
Jack B. Krona Jr., WSBA No. 42484
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
Tel:  (253) 341-9331
Email:  j_krona@yahoo.com

*Attorney for Defendant Loren M. Cohen.*

///

///

///

///

///

///

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO COMPLETE RULE 39.1 MEDIATION - 2
3:24-cv-06060-JCC

Law Offices of Jack B. Krona Jr.
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
(253) 341-9331
j_krona@yahoo.com

## II.    [PROPOSED] STIPULATED ORDER

The Court, having reviewed the Parties' Stipulated Motion to Extend Deadline to Complete Rule 39.1 Mediation (**Dkt 53**), and finding good cause shown,

It is hereby ordered that the Stipulated Motion is granted.

The deadline to complete mediation pursuant to Local Rule 39.1 is extended to February 20, 2026.

All other provisions of the Court's scheduling order remain in full force and effect.

Signed this 4th day of February 2026, in Seattle, Washington.

_____

Honorable John C. Coughenour
U.S. District Judge

**Presented By:**

*/s/ Jack B. Krona Jr.*
_____
Jack B. Krona Jr. | WSBA No. 42484
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
(253) 341-9331
j_krona@yahoo.com

*Attorney for the Defendant.*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO COMPLETE RULE 39.1 MEDIATION - 3
3:24-cv-06060-JCC

Law Offices of Jack B. Krona Jr.
7116 Stinson Avenue, Suite A205
Gig Harbor, WA 98335
(253) 341-9331
j_krona@yahoo.com