THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASARCO LLC, | CASE NO. C24-6060-JCC |
| Plaintiff, | ORDER |
| v. | |
| LOREN M. COHEN, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Rule 60(b) motion (Dkt. No. 56) to vacate its notice of voluntary dismissal (Dkt. No. 56) and reopen this case. Plaintiff contends that this relief is warranted because the settlement agreement upon which Plaintiff's notice was based was at best illusory and at worst obtained by means of fraud on Defendant's part. (*See generally* Dkt. No. 56.) (*See generally* Dkt. No. 56.)

While the Court is troubled by Defendant's quick breach of the settlement agreement (and the implications thereof), it cannot find from a careful review of the submissions "clear and convincing evidence" of fraud necessary to support Rule 60(b)(3) relief or extraordinary circumstances warranting Rule 60(b)(6) relief. *Trendsettah USA, Inc. v. Swisher Intl., Inc.*, 31 F.4th 1124, 1136 (9th Cir. 2022)*; see Keeling v. Sheet Metal Workers Intern. Ass'n, Loc. Union 162*, 937 F.2d 408, 410 (9th Cir. 1991) (deferring to the district court's finding regarding Rule 60(b)(6) relief based on alleged repudiation or complete frustration of the settlement agreement);

C24-6060-JCC
ORDER
PAGE 1

*see also Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (describing jurisdictional barriers to such relief).

Thus, the Court DENIES Defendant's motion (Dkt. No. 56) and declines to reopen this matter.

It is so ORDERED this 7th day of April 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

C24-6060-JCC
ORDER
PAGE 2